CAMPEAU GOODSELL SMITH, L.C.
WILLIAM J. HEALY, #146158
KARI L. SILVA, #257033
440 N. 1st Street, Suite 100
San Jose, California   95112
Telephone:  (408) 295-9555

*Attorneys for Claudia Braden &*
*Janice McDermott*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In Re: | ) | |
|---|---|---|
| | ) | Case No: 09-60091 |
| Ronald Taylor | ) | Chapter 13 |
| Debtor. | ) | |
| | ) | REQUEST FOR ALLOWANCE OF ADMINISTRATIVE CLAIM |
| | ) | Honorable Arthur S. Weissbrodt |
| | ) | |

Claudia Braden, Administrative Claimant herein, resides in Cornersville, TN with a mailing address of 3939 Coffey Branch Rd., Cornersville, TN 37047-5343.

1. Claimant is a fifty-percent property owner of the property located at 835 Mathew St., Santa Clara CA 95050.

2. Debtor filed for Chapter 13 bankruptcy on November 18, 2009.

3. Between November 18, 2009 and November 30, 2009 Debtor occupied the above property without paying fair market value for use of the above space.  The value of the use of the space equals $1,202.41.

4. Claimant requests payment for her administrative claim of $601.21.

DATED: March 19, 2010                    /s/: *Kari Silva*
                                          Kari L. Silva
                                          Counsel for Claudia Braden