CAMPEAU GOODSELL SMITH, L.C.
WILLIAM J. HEALY, #146158
KARI L. SILVA, #257033
440 N. 1st Street, Suite 100
San Jose, California  95112
Telephone:  (408) 295-9555

*Attorneys for Claudia Braden &
Janice McDermott*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In Re:

    Ronald Taylor

        Debtor.

Case No: 09-60091

Chapter 13

REQUEST FOR ALLOWANCE OF ADMINISTRATIVE CLAIM

Honorable Arthur S. Weissbrodt

Janice McDermott, Administrative Claimant herein, resides in Ukiah, CA with a mailing address of PO Box 632, Ukiah, CA 95482-0632.

1. Claimant is a fifty-percent property owner of the property located at 835 Mathew St., Santa Clara CA 95050.
2. Debtor filed for Chapter 13 bankruptcy on November 18, 2009.
3. Between November 18, 2009 and November 30, 2009 Debtor occupied the above property without paying fair market value for use of the above space.  The value of the use of the space equals $1,202.41.
4. Claimant requests payment for her administrative claim of $601.21.

DATED: March 19, 2010                  /s/: *Kari L. Silva*
                                            Kari Silva
                                            Counsel for Janice McDermott

1