1  MORAN LAW GROUP, INC.
   CATHLEEN COOPER MORAN, I.D. #83758
2  RENÉE C. MENDOZA, I.D. #139939
   1674 N. Shoreline Blvd., Suite 140
3  Mountain View, CA 94043-1375
   Tel.: (650) 694-4700
4  Fax: (650) 694-4818
   E-mail: Cathy@moranlaw.net
5
   Attorney for Debtor
6

7

8            UNITED STATES BANKRUPTCY COURT
       FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5
9

10

11 In Re:                          )   Chapter 13
                                    )
12 RONALD TAYLOR,                   )   Bankruptcy No.09-60091
                                    )
13                                  )   Date: December 3, 2010
                                    )   Time: 1:45 p.m.
14                                  )   Room: 3020
                 Debtor.           )
15 _____ )   HON. ARTHUR S. WEISSBRODT

16              **DEBTOR'S PREHEARING STATEMENT**

17         There were  two objections, that of the trustee and that of the former landlord for

18 debtor's business.  The former landlord's objection has been withdrawn.

19         With respect to the trustee's objection, the debtor has amended the schedules to

20 make the name of the secured creditor consistent.  The debtor has provided the trustee with

21 the 2009 individual tax return and corporate returns for 2008 and 2009.   The debtor

22 requests that the corporate tax returns be deemed to satisfy her request for a pre petition

23 profit and loss statement which the debtor does not prepare in the ordinary course of

24 business.

25         .
                                         MORAN LAW GROUP
26
   Date: __11/19/2010_____      /s/ Cathleen Cooper Moran_____
27                                  CATHLEEN COOPER MORAN
                                    Attorney for Ronald Taylor
28

DEBTOR'S PREHEARING STATEMENT