# Notice Recipients

District/Off: 0971–5                    User: awong2                    Date Created: 4/16/2012
Case: 09–60091                          Form ID: pdfstres              Total: 41

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          Janice McDermott
cr          Claudia Braden

                                                                      TOTAL: 2

**Recipients of Notice of Electronic Filing:**
ust         Office of the U.S. Trustee / SJ          USTPRegion17.SJ.ECF@usdoj.gov
tr          Devin Derham–Burk          ctdocs@ch13sj.com
aty         Cathleen Cooper Moran          ecf@moranlaw.net,renee@moranlaw.net
aty         Kari Silva Bowyer          ksilva@campeaulaw.com
aty         Renee C. Mendoza          ecf@moranlaw.net,renee@moranlaw.net

                                                                      TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Ronald Taylor          1071 Merle Ave.          San Jose, CA 95125
cr          PRA Receivables Management, LLC          PO Box 41067          Norfolk, VA 23541
cr          East Bay Funding, LLC          c/o Resurgent Capital Services          PO Box 288          Greenville, SC 29603
10477463    Atty Gen, US Dept of Justice          Civil Trial Sec., Western Reg.          PO Box 683, Ben Franklin Stat.          Washington, DC 20044
10477464    Capital One          PO Box 30273          Salt Lake City, UT 84130–0273
10477465    Chase          PO Box 15298          Wilmington, DE 19850
10723008    Chase Bank USA, N.A.          By PRA Receivables Management, LLC          PO Box 12907          Norfolk VA 23541
10477466    Chevron &Texaco Business Services          PO Box 9560          Concord, CA 94524–1901
10477467    ChexSystems          Consumer Relations          7805 Hudson Road, Suite 100          Woodbury, MN 55125
10477468    Citibank Customer Service Ctr          Box 6000          The Lakes, NV 89163–6000
10765879    Claudia Braden          3939 Coffey Branch Rd.          Cornersville, TN 37047–5343
10477469    Claudia J. Braden          Janice N. McDermott          3939 Coffey Branch Road          Cornersville, TN 37047–5343
10477470    Dan Taylor          1639 Harbor Ave. SW          Seattle, WA 98126
12260317    Deutsche Bank National Trust Company          c/o OneWest Bank, FSB          888 E. Walnut Street          Pasadena, CA 91101
12373336    East Bay Funding, LLC          c/o Resurgent Capital Services          PO Box 288          Greenville, SC 29603
10477472    Franchise Tax Board          Bankruptcy Section MS A340          PO Box 2952          Sacramento, CA 95812–2952
10477471    Franchise Tax Board          PO Box 942867          Sacramento, CA 94267–0041
10477473    Frank A. Jelinch          Law Office of Frank A. Jelinch          20045 Stevens Creek Blvd., Suite 2G          Cupertino, CA 95014
10477474    Gerald McNally, Jr.          McNally &Associates, PC          206 N. Jackson St., Suite 100          Glendale, CA 91206
10477475    IndyMac Federal Bank          P.O. Box 4045          Kalamazoo, MI 49003–4045
10477476    IndyMac Mortgage Services          P.O. Box 4045          Kalamazoo, MI 49003–4045
10477479    Internal Revenue Service          Insolvency Section          PO Box 21126, Stop N781          Philadelphia, PA 19114
10477478    Internal Revenue Service          Insolvency, MS 5420/5430          Special Procedures          55 S. Market St.          San Jose, CA 95113–21334
10477477    Internal Revenue Service          PO Box 21126          Philadelphia, PA 19114
10765893    Janice McDermott          PO Box 632          Ukiah, CA 95482–0632
10556633    Kari Silva          440 N First St. #100          San Jose, CA 95112
10477480    Kristen E. Green          Sweeney, Mason, Wilson, &Bosomworth          983 University Avenue, Suite 104C          Los Gatos, CA 95032–7637
10524643    OneWest Bank, FSB          460 Sierra Madre Villa Ave., Suite 101          Pasadena, CA 91107
10524640    Onewest Bank, FSB          c/o Burnett &Matthews, LLP          4675 Macarthur Court, Suite 1540          Newport Beach, CA 92660
10816306    Portfolio Recovery Associates, LLC.          P.O. Box 41067          Norfolk, VA 23541
10477481    Richard Woosley          R.W. Construction          315 Tabor Dr          Scotts Valley, CA 95066
10527279    Roundup Funding, LLC          MS 550          PO Box 91121          Seattle, WA 98111–9221
10477482    Trustee Corps          2112 Business Center Drive, 2nd floor          Irvine, CA 92612
10477483    US Atty, Chief Tax Division          450 Golden Gate Ave.          10th Floor, Box 36055          San Francisco, CA 94102

                                                                      TOTAL: 34